### 23909. LEVY *et al. v.* RUBIN.

STEPHENS, J. Under the ruling of the Supreme Court in this case (*Levy v. Rubin,* 181 *Ga.* 187, 182 S. E. 176), the petition set out a cause of action, and the court did not err in overruling the demurrer.

*Judgment affirmed. Jenkins, P. J., and Sutton, J., concur.*

DECIDED DECEMBER 9, 1935.

*Hester & Clark,* for plaintiffs in error.
*W. Leon Friedman,* contra.